STATE of Missouri, Respondent,

v.

Bobby OSBEY, Appellant.

Bobby OSBEY, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 44861, WD 47441.

Missouri Court of Appeals,
Western District.

Nov. 2, 1993.

Lorry L. Kohrs, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and
LOWENSTEIN and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from a conviction of sale of a controlled substance (§ 195.211, RSMo Supp. 1992) and sentence of ten years. Appeal from denial of Rule 29.15 motions abandoned.

Judgments affirmed. Rule 30.25(b).

MASTER MORTGAGE INVESTMENT FUND, INC., Respondent,

v.

Gary D. GAW, Appellant.

No. WD 47209.

Missouri Court of Appeals,
Western District.

Nov. 2, 1993.

James W. Henry, Kansas City, for appellant.

John Bradley Pace, Kansas City, for respondent.

Before SPINDEN, P.J., and FENNER and HANNA, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from a judgment entered in plaintiffs favor on its promissory note, interest and attorney fees.

Judgment affirmed. Rule 84.16(b).